IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:16-CR-75 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| SARAH BROWN, | : | 18 U.S.C. § 1361 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

(18 U.S.C. § 1361)

On or about November 21, 2015, in the Southern District of Ohio, the Defendant, SARAH BROWN, did willfully injure or commit depredation against property of the United States, by damaging a portion of Wright-Patterson Air Force Base's fence line, which resulting damage to such property did not exceed one thousand dollars.

In violation of 18 U.S.C. § 1361.

BENJAMIN C. GLASSMAN
Acting United States Attorney

LAURA I. CLEMMENS
Deputy Criminal Chief