# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-CR-75 |
| -vs- | : | SHARON L. OVINGTON<br>United States Magistrate-Judge |
| SARAH BROWN, | : | |
| Defendant. | : | GOVERNMENT'S MOTION<br>FOR DISMISSAL WITHOUT |
| | : | PREJUDICE |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, without prejudice. Additionally, we respectfully request any warrants issued in this matter be withdrawn.

Respectfully submitted,

-S-julienne mccammon – 25 Jul 17
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on the 25th of July 2017 and that any Defense Counsel of Record will be notified of this Motion through CM/ECF.

S-julienne mccammon – 25 Jul 17